JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHROME HEARTS LLC, a Delaware Limited Liability Company,<br><br>    Plaintiff,<br><br>v.<br><br>OLD SCHOOL FAIRFAX, INC., a California Corporation; ALEXANDER ARASH ESHAGHIAN, an individual; FARHAD ESHAGHIAN, an individual; and DOES 1-10, inclusive,<br><br>    Defendants. | Case No. CV 16-09080-AB (JPRx)<br><br>**ORDER DISMISSING CIVIL ACTION** |

THE COURT having been advised by counsel that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **30 days**, to re-open the action if settlement is not consummated.

1.

1  This Court retains full jurisdiction over this action and this Order shall not
2  prejudice any party to this action.

Dated:  September 21, 2020   _____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

2.